UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ORLEANS DIVISION

| | | |
|---|---|---|
| **GILBERT DAUPHINE, JR.** | * | **CIVIL ACTION NO: 2:16cv-15370** |
| **VERSUS** | * | **JUDGE: LEMELLE** |
| **REC MARINE LOGISTICS, LLC, ET AL** | * | **MAGISTRATE: MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSIONS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **GILBERT DAUPHINE, JR.**, who respectfully represents:

1.

On or about September 25, 2017, Plaintiff, **GILBERT DAUPHINE, JR.**, propounded Petitioner's First Requests for Admissions to Defendant, **REC MARINE LOGISTICS, LLC**, through its counsel of record, Kyle Khoury. The deadline for a response to this discovery was October 25, 2017 (a copy of the Requests for Admissions is attached hereto and identified as Exhibit "A").

2.

Counsel for Defendant ultimately forwarded its' written discovery responses. However, Defendant objected to two of the Requests for Admissions, numbers 6 and 7, stating that they called for a "purely legal conclusion" and failed to provide further responses. Please see attached hereto a copy of the Answers to First Requests for Admissions, Exhibit "B".

3.

Defendant's answers and objections are insufficient insofar as FRCP 36(1)(A) indicates a party may request any matters be admitted relating to "facts, the application of law to fact, or opinions about either . . . . ."

4.

On or about October 20, 2017, counsel for Plaintiff contacted opposing counsel and conducted a Rule 37 Telephone Conference in an attempt to resolve the issue of the incomplete discovery responses. Defendant responded that it would not remove its objections.

5.

Plaintiff, **GILBERT DAUPHINE, JR.**, requests that this Honorable Court compel Defendant, **REC MARINE LOGISTICS, LLC**, to answer the subject Requests for Admissions fully and completely, or in the alternative, that the Court order the matter is admitted in accordance with Rule 36 of the Federal Rules of Civil Procedure.

6.

Plaintiff, **GILBERT DAUPHINE, JR.**, through undersigned counsel, further requests an award of attorney's fees to undersigned counsel, plus costs incurred in connection with the filing of this Motion and the preparation of the memorandum in connection with same, all in accordance with Federal Rule of Civil Procedure 37(a)(5)(A).

**WHEREFORE**, Plaintiff, **GILBERT DAUPHINE, JR.** prays that this Honorable Court compel Defendant, **REC MARINE LOGISTICS, LLC**, to answer the subject Requests for Admissions fully and completely, or in the alternative, that the Court order the matter is admitted in accordance with Rule 36 of the Federal Rules of Civil Procedure, and further that attorney's fees be awarded to undersigned counsel, plus costs incurred in connection with the filing of this

Motion and the preparation of the memorandum in connection with same, all in accordance with Federal Rule of Civil Procedure37(a)(5)(A).

                                      Respectfully submitted,

                                      **ERROL L. CORMIER, APLC**

                                      **ERROL L. CORMIER**
                                      Bar Roll No. 22024
                                      1538 West Pinhook Road, Suite 101
                                      Lafayette, Louisiana 70503
                                      Tele: (337) 237-2100
                                      Fax (337) 456-6798
                                      Email: errol@errolcormier.com
                                      Attorney for Complainant,
                                      **GILBERT DAUPHINE, JR.**