# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

# ORLEANS DIVISION

| | | |
|---|---|---|
| GILBERT DAUPHINE, JR. | * | CIVIL ACTION NO: 2:16cv-15370 |
| VERSUS | * | JUDGE: LEMELLE |
| REC MARINE LOGISTICS, LLC, ENERGY XXI USA, INC, ENERGY XXI GULF COAST, INC. AND ENERGY XXI, LTD. | * | MAGISTRATE: MEERVELD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S REQUESTS FOR ADMISSIONS

TO: REC MARINE LOGISTICS, LLC.
through its counsel of record
Kyle A. Khoury
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Phone (504) 620-2500
Fax (504) 620-2510
Email: Kyle.khoury@pbgglaw.com

Plaintiff, **GILBERT DAUPHINE, JR.** requests that **REC MARINE LOGISTICS, LLC,** admit or deny the truth of the following facts within thirty (30) days after the receipt of this request, in accordance with the Federal Code of Civil Procedure:

## REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NUMBER 1:

Do you admit or deny that you own the vessel "EMILY D" on which Plaintiff was working on October 9, 2015?


EXHIBIT A

**REQUEST FOR ADMISSION NUMBER 2:**

Do you admit or deny that REC MARINE LOGISTICS, LLC owns the vessel "EMILY D" on which Plaintiff was working on October 9, 2015?

**REQUEST FOR ADMISSION NUMBER 3:**

Do you admit or deny that Plaintiff was free from fault in causing the accident on October 9, 2015?

**REQUEST FOR ADMISSION NUMBER 4:**

Do you admit or deny that you failed to provide Plaintiff a safe place to work?

**REQUEST FOR ADMISSION NUMBER 5:**

Do you admit or deny that you or any of your employees failed to provide proper safety equipment to Plaintiff?

**REQUEST FOR ADMISSION NUMBER 6:**

Do you admit or deny that Plaintiff was a seaman within the meaning of the Jones Act/General Maritime Law on October 9, 2015?

**REQUEST FOR ADMISSION NUMBER 7:**

Do you admit or deny that "M/V EMILY D" was considered a "vessel" within the meaning of the General Maritime Law, particularly under 1 USC §3, on October 9, 2015?

**REQUEST FOR ADMISSION NUMBER 8:**

Do you admit or deny that you failed to provide a properly trained and fit crew sufficient to prevent the subject accident from happening?

**REQUEST FOR ADMISSION NUMBER 9:**

Do you admit or deny that you or any of your employees were negligent and/or at fault in causing the incident which is the subject of this lawsuit?

**REQUEST FOR ADMISSION NUMBER 10:**

Do you admit or deny that since the subject accident you have taken preventive measures to guard against a similar accident from taking place?

**REQUEST FOR ADMISSION NUMBER 11:**

Do you admit or deny that your negligence in causing the subject accident resulted in the violation of an applicable regulation or standard?

**REQUEST FOR ADMISSION NUMBER 12:**

Do you admit or deny that the M/V "EMILY D" was unseaworthy on October 9, 2015?

**REQUEST FOR ADMISSION NUMBER 13:**

Do you admit or deny that the unseaworthiness of the M/V "EMILY D" caused Plaintiff's accident on October 9, 2015?

**REQUEST FOR ADMISSION NUMBER 14:**

Do you admit or deny that an accident occurred on October 9, 2015 in which a personnel basket landed on Gilbert Dauphine?

Respectfully submitted,

**ERROL L. CORMIER, APLC**


_____
**ERROL L. CORMIER**
Bar Roll No. 22024
1538 W. Pinhook Road, Suite 101
Lafayette, Louisiana 70503
Tele: (337) 237-2100
Fax (337) 456-6798
Email: errol@errolcormier.com
Attorney for Plaintiff,
**GILBERT DAUPHINE, JR.**