**GOL, LLC**
*For your maritime transportation and logistics needs...*

www.gulf-log.com
985-532-1060

# MV EMILY D.



| | |
|---|---|
| YEAR BUILT | 1978 |
| TYPE OF VESSEL | UTILITY |
| CONSTRUCTION | STEEL |
| LENGTH | 120 FEET |
| BREADTH | 26 FEET |
| DEPTH | 10 FEET |
| GROSS TONS | 99 |
| SPEED | 12 KNOTS |
| ENGINES | (2) DETROIT DIESEL 16 V 71 |
| GENERATORS | (2) DETROIT DIESEL 371  30 KW |
| DECK SPACE | 80 LONG TONS, 65 FEET X 22 FEET |
| FUEL CAPACITY | 18,000 GALLONS |
| WATER CAPACITY | 35,000 GALLONS |
| USCG CERTIFIED | |

**Highlights**

- USCG CERTIFIED 100 MILES OFFSHORE
- (16) PASSENGERS, (4) CREWMEMBERS
- FULL GALLEY, WASHER, DRYER
- (1) FURNO MARINE RADAR 46 MILES
- (2) VHF MARINE RADIOS
- (1) FERNO GPS
- (1) 222 SIDEBAND/ENCODER/DECODER
- FIRE EQUIPET WITH ELECTRONIC PUMPS AND FOAM CAPABILITIES FOR DOT TANKS

**OFFICIAL NUMBER**

# 582696

CONTACT:  WADE FULLILOVE, PROJECT MANAGER
OFFICE: 985-532-1060, CELL: 985-677-0006
CONTACT: BLAINE RUSSELL, OPERATIONS MGR
OFFICE: 985-532-1060, CELL: 985-414-9224
CONTACT: REC CHADDOCK, PRESIDENT
OFFICE: 985-532-1060, CELL: 985-637-4072

MV EMILY D. 120' UTILITY

GOL LLC
FOCUS ON SAFETY

EXHIBIT 1