

# INCIDENT INVESTIGATION REPORT

**Project Details:** *(Please Print Clearly)*

| Report #: | 10092015 |
|---|---|

| Job #: | M/V Emily D | | Date Of Event: | 10/09/2015 |
|---|---|---|---|---|
| Job Location: | Energy XXI | Offshore-SP 57b | | |
| | *Client* | *City* | | *State* |
| Job Description: | | Dedicated Field Vessel | | |
| Project Manager: | Blaine Russell | Captain/Supervisor: | | Johnny Dial |

Within Two Workdays (Jobsite Workdays) Of The Incident, An Incident Investigation Report Must Be Submitted To The HSE Director:
wayne@recmarine.net     (985) 325-3366 office     (985) 805-0518 mobile     (985) 325-3368 fax

**Employee Information:** *(Please Print Clearly)*

| Name: | Gilbert | | Dauphine | Social Security Number: | XXX-XX-0435 |
|---|---|---|---|---|---|
| | *First* | *M.I.* | *Last* | | |
| Address: | 2636 Savanne Rd.  Houma, LA. 70360 | | | Phone Number: | 985-325-3366 |
| Age: 39 | Date Of Birth: 01/11/1976 | Height: 6' 2" | Weight: 250 | ☒ Male ☐ Female | |
| Occupation: | Deckhand | Years Experience: | 5+ | Is Employee An SSE: ☐Yes ☒No | |
| Work Schedule: ☐5/2 ☐12/2 ☐7/7 ☐14/7 ☐14/14 ☐21/7 ☒Other: | | | | Number Of Days Into Hitch: | |



EXHIBIT 2

## Event Type:

| ☐ Illness ☐ Injury ☐ Near Miss ☐ Stop Work Authority | | **Illness/Injury:** ☐ Work Related ☐ Non-Work Related | |
|---|---|---|---|
| *(Check All That Apply)* | | | |
| ☐ Fire/Explosion | | ☐ Maritime Incident | |
| ☐ Security Breach | | ☐ Injury: | |
| ☐ Motor Vehicle Accident (MVA) | | ☐ Illness: | |
| ☐ Environmental Spill/Release | | ☐ Fatality | |
| ☐ Property Damage | | ☒ Other: | Physical condition to be determined upon medical evaluation |
| ☐ Equipment Damage | Type Of Equipment: | Rental: ☐ Yes ☒ No | REC Owned: ☐ Yes ☐ No *(COE #)*: |

## Motor Vehicle Accident (MVA):

| **Road Surface:** ☐ Asphalt ☐ Concrete ☐ Gravel ☐ Dirt | **DOT:** ☐ Yes ☐ No | **Trailer Involved:** ☐ Yes ☐ No |
|---|---|---|
| **Incident Occurred On Public Roadway:** ☐ Yes ☐ No | **Location:** | |
| **Road Condition:** *(Check All That Apply)* ☐ Dry ☐ Wet ☐ Iced ☐ Muddy ☐ Smooth ☐ Rough ☐ Pot Holes | | |
| **Number Of Vehicles Involved:** | **REC Vehicle:** ☐ Yes ☐ No *(Vehicle #)*: | **Number Of Passengers:** |
| **Non-REC Vehicle Involved:** ☐ Yes ☐ No | **Number Of Passengers:** | |
| **Assistance To Driver & Passenger Form Completed:** ☐ Yes ☐ No | **Attached:** ☐ Yes ☐ No | |

## Incident Details & Notification: *(Please Print Clearly)*
*(The Captain/Supervisor Must Report All Incidents To The REC HSE Department)*

| **Exact Location Where Incident Occurred:** | | Deck of M/V Emily D (stern), South Pass 57b | | | |
|---|---|---|---|---|---|
| **Date Of Incident:** | 10/09/2015 | **Time Of Incident:** | 10:00 ☒ AM ☐ PM | **Day Of The Week:** | Friday |
| **Weather Conditions:** *(Check All That Apply)* ☐ Hot ☐ Sunny ☒ Dry ☐ Cold ☐ Windy ☐ Raining ☐ Sleet ☐ Snow ☐ Hail | | | | | |
| **Number Of REC Employees On Site:** | 04 | **Location Of Captain/Supervisor:** | | Wheelhouse | |
| **Incident Reported To Captain/Supervisor:** ☒ Yes ☐ No | | **Reported By:** | Gilbert Dauphine | | |
| **Date Reported:** 10/09/2015 | **Time Reported:** | 10:00 ☒ AM ☐ PM | | | |
| **Incident Reported To REC HSE Department:** ☒ Yes ☐ No | | **Date:** 10/09/2015 | **Time:** 10:30 | ☒ AM ☐ PM | |
| **How Was The Incident Reported To HSE Department:** ☐ In Person ☐ E-mail ☒ Phone ☐ Fax ☐ Other | | | | | |
| **Incident Investigated By:** | Operations/HSE | | **Date Completed:** | 10/09/2015 | |

*If You Need More Room, Please Attach Additional Sheets*     *Additional Sheets Attached:* ☐ Yes ☐ No

**Incident Description:** *(Please Print Clearly)*

Captains explains that while at South Pass 57, vessel was in position for a personnel basket to be landed onto the back deck. The deckhand was on-site and in position to safely land the (empty) personnel basket onto the back deck. Once the deckhand grabbed the tag-line for control of the personnel basket, the personnel basket hit the deckhand on top of his head and knocked him to the deck. The personnel basket continued to come down until it came to a rest on top of the employee. There are no current signs of significant injury but arrangements are being made to replace the deckhand and have him evaluated by a medical professional.

*If You Need More Room, Please Attach Additional Sheets*  Additional Sheets Attached: ☐ Yes ☐ No

**Contributing Factors:** *(Please Print Clearly)*
*(What Caused The Incident To Occur)*

| **Incident Was Caused By:** ☐ Employee  ☐ Another REC Employee  ☐ Non-REC Employee |
|---|
| **Incident Occurred Due To Unsafe Behavior:** ☐ Yes  ☐ No  ☒ Undetermined At This Time |
| **PPE Being Used:** *(Check All That Apply)* <br> ☒ Hard Hat  ☒ Safety Shoes  ☒ Safety Glasses  ☐ Face Shield  ☐ Goggles  ☐ Hearing Protection  ☒ Cotton Gloves  ☐ Leather Gloves  ☐ Rubber/Chemical Gloves  ☐ Chemical Suit/Apron  ☒ Work Vest/Life Jacket  ☐ Full Body Harness  ☐ Double Lanyard  ☐ Fire Resistant Clothing  ☐ Other: |

**Explain What Caused The Incident To Occur:**

To be determined upon completion of investigation

*If You Need More Room, Please Attach Additional Sheets*  Additional Sheets Attached: ☐ Yes ☐ No

**Corrective Actions:** *(Please Print Clearly)*
*(What Have You Done Or Plan On Doing To Prevent This From Happening Again)*

To be determined upon completion of investigation

*If You Need More Room, Please Attach Additional Sheets*  Additional Sheets Attached: ☐ Yes ☐ No

Revised 12/2014   Incident Investigation Form   Page | 3

REC-0077