| Company Name | Invoice Number | Invoice Date | CK # | CK DATE |
|---|---|---|---|---|
| Rec Marine | ED-010-15 | 5/31/2015 | | |
| Rec Marine | ED-010-15-2 | 6/30/2015 | | |
| Rec Marine | ED-10-15-03 | 7/29/2015 | ✓ | |
| Rec Marine | ED-10-15-4 | 8/31/2015 | | |
| Rec Marine | ED-10-15-5 | 9/30/2015 | | |
| Rec Marine | ED-1-15-6 | 10/30/2015 | | |
| | | | | |
| Rec Marine | D-30-14-5 | 2/27/2015 | 260320 ✓ | |
| Rec Marine | D-30-14-6 | 3/30/2015 | 261543 ✓ | |
| Rec Marine | D-30-14-7 | 4/30/2015 | " " | |
| | | | | |
| Rec Marine | JG-08-14-5 | 2/27/2015 | 260394 ✓ | |
| Rec Marine | JG-08-14-6 | 3/31/2015 | " " | |
| Rec Marine | JG-08-14-7 | 4/30/2017 | 261943 | |
| Rec Marine | JG-008-14-9 | 6/30/2015 | 264759 ✓ | |
| Rec Marine | JG-08-14-10 | 7/29/2015 | 263580 ✓ | |
| Rec Marine | JG-08-14-11 | 8/31/2015 | 264505 | |
| Rec Marine | JG-08-14-13 | 10/30/2015 | 266159 ✓ | |
| Rec Marine | JG-08-14-14 | 11/30/2015 | 266478 ✓ | |
| Rec Marine | JG-08-14-15 | 12/30/2015 | 266771 ✓ | |
| | | | | |
| Rec Marine | CR-17-14-5 | 2/27/2015 | 259454 ✓ | |
| Rec Marine | CR-17-14-6 | 3/31/2015 | 261543 | |
| Rec Marine | CR-017-14-7 | 4/30/2015 | " " | |
| Rec Marine | CR-17-14-09 | 6/30/2015 | 264908 ✓ | |
| Rec Marine | CR-17-14-10 | 7/30/2015 | 263580 | |
| Rec Marine | CR-17-14-11 | 8/31/2015 | 264505 | |
| Rec Marine | CR-17-14-12 | 9/30/2017 | 265404 ✓ | |
| Rec Marine | CR-17-14-3 | 10/30/2015 | 266159 | |
| Rec Marine | CR-17-14-14 | 11/30/2015 | 266478 | |
| Rec Marine | RD-004-15 | 11/30/2015 | " " | |
| Rec Marine | CR-17-14-15 | 12/29/2015 | 266771 | |



EXHIBIT
Smith
9/21/2017    Mikki R. Sauer, CSR

8009080



**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 8/12/2015 | 263206 | $138,886.00 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 02-TZ-47043 | D-30-14-5 | 02/27/15 | 66,036.00 | 0.00 | 66,036.00 |
| 02-TZ-47043 | ED-010-15 | 05/31/15 | 72,850.00 | 0.00 | 72,850.00 |
| TOTAL INVOICES PAID | | | | | 138,886.00 |

**energy XXI Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. **263206**

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 8/12/2015 | 263206 | $138,886.00 |

One Hundred Thirty Eight Thousand Eight Hundred Eighty Six And 0/100 Dollars

Void After 90 Days

TO THE ORDER OF
REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

VOID VOID VOID VOID VOID VOID VOID VOID



**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 6/10/2015 | 261543 | $356,932.46 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 12-TZ-45997 | CR-017-14-7 | 04/30/15 | 67,031.32 | 0.00 | 67,031.32 |
| 12-TZ-45997 | CR-17-14-6 | 03/31/15 | 75,661.34 | 0.00 | 75,661.34 |
| 12-TZ-45997 | D-30-14-6 | 03/30/15 | 72,850.00 | 0.00 | 72,850.00 |
| 12-TZ-45998 | D-30-14-7 | 04/30/15 | 70,789.80 | 0.00 | 70,789.80 |
| 12-TZ-45998 | JG-08-14-7 | 04/30/15 | 70,600.00 | 0.00 | 70,600.00 |
| TOTAL INVOICES PAID | | | | | 356,932.46 |



**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. **261543**

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 6/10/2015 | 261543 | $356,932.46 |

Three Hundred Fifty Six Thousand Nine Hundred Thirty Two And 46/100 Dollars

Void After 90 Days

TO THE ORDER OF

REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

VOID VOID VOID VOID VOID VOID VOID VOID



Energy XXI Gulf Coast Inc
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 4/30/2015 | 260396 | $142,950.00 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 10-TZ-45381 | JG-08-14-5 | 02/27/15 | 70,000.00 | 0.00 | 70,000.00 |
| 10-TZ-45315 | JG-08-14-6 | 03/31/15 | 72,950.00 | 0.00 | 72,950.00 |
| TOTAL INVOICES PAID | | | | | 142,950.00 |

Energy XXI Gulf Coast Inc
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. 260396

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 4/30/2015 | 260396 | $142,950.00 |

One Hundred Forty Two Thousand Nine Hundred Fifty And 0/100 Dollars

TO THE ORDER OF

REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

Void After 90 Days

VOID VOID VOID VOID VOID VOID VOID VOID



8009080

**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 10/19/2015 | 264759 | $70,500.00 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 04-TZ-47826 | JG-008-14-9 | 06/30/13 | 70,500.00 | 0.00 | 70,500.00 |
| TOTAL INVOICES PAID | | | | | 70,500.00 |



**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. **264759**

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 10/19/2015 | 264759 | $70,500.00 |

Seventy Thousand Five Hundred And 0/100 Dollars

Void After 90 Days

TO THE ORDER OF

REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

VOID VOID VOID VOID VOID VOID VOID VOID

8009080

 **Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 8/27/2015 | 263580 | $198,283.60 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 02-TZ-47071 | CR-17-14-10 | 07/28/15 | 58,750.04 | 0.00 | 58,750.04 |
| 02-TZ-47071 | ED-10-15-03 | 07/29/15 | 72,850.00 | 0.00 | 72,850.00 |
| 02-TZ-47071 | JG-08-14-10 | 07/29/15 | 66,683.56 | 0.00 | 66,683.56 |
| TOTAL INVOICES PAID | | | | | 198,283.60 |

 **Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

**Regions**
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. **263580**

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 8/27/2015 | 263580 | $198,283.60 |

One Hundred Ninety Eight Thousand Two Hundred Eighty Three And 60/100 Dollars

TO THE ORDER OF

REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

Void After 90 Days

VOID VOID VOID VOID VOID VOID VOID VOID



Energy XXI Gulf Coast Inc
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 1/5/2016 | 266159 | $201,457.05 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 05-AP-15781 | CR-17-14-09-AL | 09/30/15 | 0.00 | 0.00 | 0.00 |
| 06-AP-15802 | CR-17-14-12-AL | 09/30/15 | 0.00 | 0.00 | 0.00 |
| 06-TZ-48413 | CR-17-14-3 | 10/30/15 | 69,750.00 | 0.00 | 69,750.00 |
| 05-AP-15782 | ED-010-15-5-AL | 09/30/15 | 0.00 | 0.00 | 0.00 |
| 06-TZ-48413 | ED-1-15-6 | 10/30/15 | 65,504.75 | 0.00 | 65,504.75 |
| 05-AP-15783 | JG-08-14-12-AL | 09/30/15 | 0.00 | 0.00 | 0.00 |
| 06-TZ-48413 | JG-08-14-13 | 10/30/15 | 66,202.30 | 0.00 | 66,202.30 |
| TOTAL INVOICES PAID | | | | | 201,457.05 |



Energy XXI Gulf Coast Inc
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. 266159

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 1/5/2016 | 266159 | $201,457.05 |

Two Hundred One Thousand Four Hundred Fifty Seven And 5/100 Dollars

TO THE ORDER OF

REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

Void After 90 Days

VOID VOID VOID VOID VOID VOID VOID VOID



0009080

**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 1/14/2016 | 266478 | $196,389.25 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 07-TZ-48619 | AC-017-15 | 11/30/15 | 9,316.62 | 0.00 | 9,316.62 |
| 07-TZ-48620 | CR-17-14-14 | 11/30/15 | 60,375.01 | 0.00 | 60,375.01 |
| 07-TZ-48620 | ED-010-15-8 | 11/30/15 | 63,000.00 | 0.00 | 63,000.00 |
| 07-TZ-48620 | JG-08-14-14 | 11/30/15 | 56,577.30 | 0.00 | 56,577.30 |
| 07-TZ-48620 | RD-004-15 | 11/30/15 | 7,120.32 | 0.00 | 7,120.32 |
| TOTAL INVOICES PAID | | | | | 196,389.25 |

**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. **266478**

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 1/14/2016 | 266478 | $196,389.25 |

One Hundred Ninety Six Thousand Three Hundred Eighty Nine And 25/100 Dollars

TO THE ORDER OF
REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

Void After 90 Days



VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID



8009080

**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 3/25/2015 | 259456 | $70,000.00 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 09-TZ-44885 | CR-17-14-5 | 02/27/15 | 70,000.00 | 0.00 | 70,000.00 |
| TOTAL INVOICES PAID | | | | | 70,000.00 |

**energy XXI Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. **259456**

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 3/25/2015 | 259456 | $70,000.00 |

Seventy Thousand And 0/100 Dollars

Void After 90 Days

TO THE ORDER OF
REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

VOID VOID VOID VOID VOID VOID VOID VOID



8009080

Energy XXI Gulf Coast Inc
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 10/21/2015 | 264908 | $75,000.00 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 04-TZ-47826 | CR-17-14-09 | 06/30/15 | 75,000.00 | 0.00 | 75,000.00 |
| TOTAL INVOICES PAID | | | | | 75,000.00 |



Energy XXI Gulf Coast Inc
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. 264908

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 10/21/2015 | 264908 | $75,000.00 |

Seventy Five Thousand And 0/100 Dollars

TO THE ORDER OF

REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

Void After 90 Days

VOID VOID VOID VOID VOID VOID VOID VOID



**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 1

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 11/11/2015 | 265404 | $65,250.00 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 04-AP-15929 | CR-17-14-11-AL | 08/25/15 | 0.00 | 0.00 | 0.00 |
| 04-TZ-48041 | CR-17-14-12 | 09/30/15 | 65,250.00 | 0.00 | 65,250.00 |
| 04-AP-15815 | D-30-14-5-AL | 07/31/15 | 0.00 | 0.00 | 0.00 |
| 04-AP-15816 | ED-010-15-2-AL | 07/31/15 | 0.00 | 0.00 | 0.00 |
| 04-AP-15817 | ED-010-15-AL | 07/31/15 | 0.00 | 0.00 | 0.00 |
| 04-AP-15930 | ED-10-15-4-AL | 08/25/15 | 0.00 | 0.00 | 0.00 |
| 04-AP-15931 | JG-008-14-9-AL | 08/25/15 | 0.00 | 0.00 | 0.00 |
| 04-AP-15932 | JG-08-14-11-AL | 08/25/15 | 0.00 | 0.00 | 0.00 |
| TOTAL INVOICES PAID | | | | | 65,250.00 |

**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. 265404

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 11/11/2015 | 265404 | $65,250.00 |

Sixty Five Thousand Two Hundred Fifty And 0/100 Dollars

TO THE ORDER OF
REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

Void After 90 Days



VOID VOID VOID VOID VOID VOID VOID VOID



8009080

**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

PAGE: 1 OF 2

| VENDOR NAME | VENDOR NO. | CHECK DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|---|
| REC MARINE LOGISTICS, LLC | 503987 | 1/28/2016 | 266771 | $160,295.27 |

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 07-AP-15867 | AC-017-15-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-AP-15868 | CR-17-14-14-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-TZ-48718 | CR-17-14-15 | 12/29/15 | 69,750.00 | 0.00 | 69,750.00 |
| 07-AP-15869 | CR-17-14-15-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-AP-15870 | CR-17-14-3-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-AP-15871 | ED-010-15-8-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-AP-15872 | ED-1-15-6-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-TZ-48717 | EM-010-15-8 | 12/29/15 | 65,245.27 | 0.00 | 65,245.27 |
| 07-AP-15873 | Em-010-15-8-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-AP-15874 | JG-08-14-13-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-AP-15875 | JG-08-14-14-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| 07-TZ-48718 | JG-08-14-15 | 12/30/15 | 25,300.00 | 0.00 | 25,300.00 |
| 07-AP-15876 | JG-08-14-15-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |

**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

Regions
5005 Woodway Drive
Suite 110
Houston, TX 77056

No. **266771**

88-78/1119

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 1/28/2016 | 266771 | $160,295.27 |

One Hundred Sixty Thousand Two Hundred Ninety Five And 27/100 Dollars

TO THE ORDER OF

REC MARINE LOGISTICS, LLC
PO BOX 774
GALLIANO, LA 70354-0774

Void After 90 Days



VOID VOID VOID VOID VOID VOID VOID VOID



**Energy XXI Gulf Coast Inc**
1021 Main St Suite 2626
Houston, TX 77002

| VOUCHER | VENDOR INV # | INV DATE | TOTAL AMOUNT | PRIOR PMTS & DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|
| 07-AP-15877 | RD-004-15-AL | 10/31/15 | 0.00 | 0.00 | 0.00 |
| TOTAL INVOICES PAID | | | | | 160,295.27 |