# REC Marine Logistics LLC

## Application for Employment

It is our policy to provide equal employment opportunity to all qualified persons without regard to race, creed, color, religious belief, sex, age, national origin, ancestry, physical or mental handicap, or veteran status.

Date: __5-14-14__

**Applicant Information:**

Name: __Dauphine__  __Gilbert__  __JR.__
       (Last)       (First)       (Middle)

Mailing Address: __2636 Savanne Rd. Houma, LA 70360__

Physical Address: __Same as above__

Social Security #: __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__    Date of Birth: __1-11-76__

Home Telephone: __985/876-8311__    Cell Phone _____

Position applied for: __Deck Hands__    Desired Wage $ _____

Desired Start Date: __NOW__    Ever applied here before? Yes  or  No

Are you a US Citizen or otherwise authorized to work in the US on an unrestricted basis? Ⓨ or N

Have you ever been convicted of a felony? (Yes)  or  No
If yes, please fully describe the circumstance:
__(Drugs) ~~Sea~~ Dealing Crack cocane__

## Education History:

| Education | Name of school | Number of years | Did you graduate? | Subjects studied |
|---|---|---|---|---|
| Grammar school | | | | |
| High School | Franklin SR. High | 1 | NO | English |
| College | | | | |
| Trade School | | | | |

In addition to your work history, are there any other skills, qualifications, or experience we should consider?

Sand Blasten, what evere was needed

## Employment History: (Start with most recent employer)

Company Name: Tamco
Address: 175 Thompson RD, Houma LA
Date Started: 9-21-2013  Starting Wages: 10.00  Position: helper
Date Ended: 5-14-14  Ending Wages: 15.00  Position: Sand Blaster
Name of Supervisor: Dale Solete  May we contact? Yes or No
Responsibilities: _____
Reason for Leaving: Been Remove By Workrelase Warden Murry

Company Name: _____
Address: _____
Date Started: _____  Starting Wages: _____  Position: _____
Date Ended: _____  Ending Wages: _____  Position: _____
Name of Supervisor: _____  May we contact? Yes or No
Responsibilities: _____
Reason for Leaving: _____

Company Name: _____
Address: _____
Date Started: _____ Starting Wages: _____ Position: _____
Date Ended: _____ Ending Wages: _____ Position: _____
Name of Supervisor: _____ May we contact?  Yes   or   No
Responsibilities: _____
Reason for Leaving: _____

Company Name: _____
Address: _____
Date Started: _____ Starting Wages: _____ Position: _____
Date Ended: _____ Ending Wages: _____ Position: _____
Name of Supervisor: _____ May we contact?  Yes   or   No
Responsibilities: _____
Reason for Leaving: _____

**References: (Please list three professional references)**

Full Name: _____ Relationship: _____
Company: _____ Phone: _____

Full Name: _____ Relationship: _____
Company: _____ Phone: _____

Full Name: _____ Relationship: _____
Company: _____ Phone: _____

I certify that the facts set forth in this application for employment are true and complete to the best of my knowledge. I understand that if I am employed, false statements on this application shall be considered sufficient cause for dismissal. This company is hereby authorized to make any investigations of my prior educational and employment history. I understand that employment at this company is at will which means that either I or this company can terminate the employment relationship at any time, with or without prior notice, and for any reason not prohibited by statute. All employment will continue on that basis. I understand that any supervisor, manager, or executive of this company, other than the president has the authority to alter the foregoing.

_Gilbert Dauphin JR._                     5-14-14
Signature                                  Date