**Exhibit 6**

## CHARTER AGREEMENT

**REC MARINE LOGISTICS**
P.O. Box 774 • Galliano, LA 70354
Ph: (985) 325-3366 • Fax: (985) 325-3368
www.recmarinelogistics.com

DATE: 5/2/2015

JOB#: ED-010-15

AFE:

LOCATION: Venice

COMPANY: Energy XXI

ATTENTION: Bubba Richard

PHONE: 337-274-4999    E-mail: brichard@energyxxi.com

JOB REFERENCE:

START TIME: 0500 hours    STOP TIME:

MOBE: Fourchon    DEMOBE: Fourchon

LOADING DOCK: Energy XXI Venice

SUBSISTENCE: _____ PER MEAL, PER BUNK, PER DAY

COOK CHARGE:
Communication Charge:

VESSEL NAME/TYPE: Emily D / Utility

VESSEL CHARGE: $2,350.00 PER DAY PLUS FUEL AND LUBE
12 hr boat _____    24 hr boat   x

START FUEL: 11,200 gallons    STOP FUEL:

START LUBE: 265 gallons    STOP LUBE:

SPECIAL INSTRUCTIONS: Report to Energy XXI Venice to replace the Dip

REC MARINE LOGISTICS    EnergyXXI
                        Bubba Richard
                        [signature] 5-2-15

Smith **EXHIBIT**
011
9/21/2017   Mikki R. Sauer, CSR

EXXI000126