

PO Box 774
Galliano, LA 70354
PH: 985-325-3366
FAX: 985-325-3368

www.recmarine.net

# Invoice  Exhibit 12

| Date | Invoice # |
|---|---|
| 2/29/2016 | ED-10-15-10 |

| Bill To |
|---|
| Energy XXI<br>Attn: Jordan Stellers<br>1021 Main St<br>Suite 2626<br>Houston, TX 77002 |

PAID 08/31/2016

| Vessel | Customer/PO# | Location |
|---|---|---|
|  | Emily D |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 21 | M/V Emily D working as directed for Energy XX1<br>Start Time: 0300 Hours on 2/6/2016<br>Stop Time: 2400 Hours on 2/6/2016 | 70.83 | 1,487.43 |
| 23 | M/V Emily D working as directed for Energy XXI<br>Start Time: 0001 Hours on 2/7/2016<br>Stop Time: 2400 Hours on 2/29/2016 | 1,700.00 | 39,100.00 |

**Total** $40,587.43

REC-00971



PO Box 774
Galliano, LA 70354
PH: 985-325-3366
FAX: 985-325-3368

www.recmarine.net

# Invoice

| Date | Invoice # |
|---|---|
| 3/29/2016 | ED-10-15-11 |

### Bill To
Energy XXI
Attn: Jordan Stellers
1021 Main St
Suite 2626
Houston, TX 77002

**PAID 08/31/2016**

| Vessel | Customer/PO# | Location |
|---|---|---|
|  | Emily D |  |

| Quantity | Description | Rate | Amount |
|---|---|---:|---:|
| 12 | M/V Emily D working as directed for Energy XX1<br>Start Time: 1200 Hours on 3/1/2016<br>Stop Time: 2400 Hours on 3/1/2016 | 70.83 | 849.96 |
| 30 | M/V Emily D working as directed for Energy XX1<br>Start Time: 0001 Hours on 3/2/2016<br>Stop Time: 2400 Hours on 3/31/2016 | 1,700.00 | 51,000.00 |
| 1 | Water on boat | 195.50 | 195.50 |
| 1 | 2 " X 300' TW Mono Poly pro Rope | 289.80 | 289.80 |
| 1 | 2  X100 Nylon Rope | 237.50 | 237.50 |
| 4 | Dockinf Fee | 16.45 | 65.80 |
| 2 | Docking Fee | 15.95 | 31.90 |
| 1 | Docking Fee | 14.95 | 14.95 |

**Total** $52,685.41



PO Box 774
Galliano, LA 70354
PH: 985-325-3366
FAX: 985-325-3368

www.recmarine.net

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2016 | ED-10-15-12 |

PAID
08/31/2016

| Bill To |
|---|
| Energy XXI<br>Attn: Jordan Stellers<br>1021 Main St<br>Suite 2626<br>Houston, TX 77002 |

| Vessel | Customer/PO# | Location |
|---|---|---|
|  | Emily D |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 12 | M/V Emily D working as directed for Energy XX1<br>Start Time: 0001 Hours on 4/1/2016<br>Stop Time: 2400 Hours on 4/12/2016 | 1,700.00 | 20,400.00 |

| | Total | $20,400.00 |
|---|---|---|

REC-00979